## COMPLAINT/REMOVAL DISMISSAL
### United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 22 MJ 9840                    Date February 14, 2024

USAO No. 2022R01501

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

*United States v.* Maria Eugenia Estrada Nogueira

The Complaint/Rule 40 Affidavit was filed on 12/6/2022

____ *U.S. Marshals please withdraw warrant.*

_____
ASSISTANT UNITED STATES ATTORNEY

Kaiya Arrayo
(Print name)

**SO ORDERED:**

_____
UNITED STAES MAGISTRATE JUDGE

2/15/24
DATE

Distribution:   White → Court        Yellow → U.S. Marshals        Green → Pretrial Services        Pink → AUSA Copy